IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WAYNE COOPER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, JEFFREY BEARD, ET AL.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | No. C 15-05800 WHA<br><br>**REFERRAL FOR PURPOSE OF DETERMINING WHETHER CASES ARE RELATED** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jeffrey White for consideration of whether the case is related to *Victor Cooper v. State of California, et al.*, Case No. 02-cv-03712 JSW.

Dated: January 4, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE