AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

VICTOR WAYNE COOPER,
      Plaintiff (s),
  V.
STATE OF CALIFORNIA, et al.,
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-cv-05800-JSW

Notice is hereby given that, subject to approval by the court, __Howard Gains__ substitutes
                  (Party (s) Name)

__Janine K. Jeffery__, State Bar No. __112639__ as counsel of record in
(Name of New Attorney)

place of __Martine Noel D'Agostino__
     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
 Firm Name:  Reily & Jeffery, Inc.
 Address:  5900 Canoga Avenue, Suite 350, Woodland Hills, CA 91367
 Telephone:  (818) 350-6282     Facsimile (818) 350-6283
 E-Mail (Optional):  Jjeffery@reilyjeffery.com

I consent to the above substitution.
Date: February 25, 2016

        Howard Gains
        (Signature of Party (s))

I consent to being substituted.
Date: February 25, 2016

        Martine Noel D'Agostino
        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: February 25, 2016

        /s/ Janine K. Jeffery
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 29, 2016

        Jeffrey S. White
        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.