UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WAYNE COOPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-05800-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER OF REFERRAL; DENYING MOTION TO APPEAR BY PHONE**<br><br>Re: Docket Nos. 15, 16 |

The Court has received and considered the parties' joint case management conference statement. The parties have requested that the Court refer them to a Magistrate Judge for a settlement conference. Although the normal procedure would be to submit a notice of need for an ADR conference, the Court shall grant the request, and it will continue the case management conference to provide the parties the opportunity to resolve this case short of further litigation. The Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for purposes of holding a settlement conference within sixty (60) days of the date of this Order. The case management conference is HEREBY CONTINUED to June 10, 2016, and the parties shall file an updated case management statement on or before June 3, 2016. The Court, therefore, denies as moot Defendant Grain's motion to appear by telephone at the case management conference.

**IT IS SO ORDERED.**

Dated: March 14, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　United States District Judge

Cc: Magistrate Referral Clerk