UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR WAYNE COOPER,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No.  15-cv-05800-JSW<br><br>**ORDER EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE** |

This matter was referred to Magistrate Judge James for purposes of holding a settlement conference. On June 10, 2016, the parties appeared before the Court for a case management conference, and the Court referred them back to Judge James for a further settlement conference to be completed by September 16, 2016. (*See* Docket No. 29.) In order to accommodate Judge James' availability, the Court *sua sponte* extends that deadline to September 30, 2016.

**IT IS SO ORDERED.**

Dated: June 13, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc: Magistrate Judge James
    Magistrate Referral Clerk